```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

In re:                                                    Case No. 13-02668-JJT
Elizabeth Karpavich                                       Chapter 13
Anthony Karpavich
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: KADavis        Page 1 of 1          Date Rcvd: Oct 16, 2018
                            Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db/jdb          Elizabeth Karpavich,   Anthony Karpavich,   25 MARKET ST,   INKERMAN, PA  18640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                              Signature:  /s/Joseph Speetjens

_____


                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          Carol Weiss Baltimore    on behalf of Debtor 2 Anthony  Karpavich bandicot6@aol.com
          Carol Weiss Baltimore    on behalf of Debtor 1 Elizabeth  Karpavich bandicot6@aol.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Elizabeth Karpavich,                                    Chapter         13

**Debtor 1**

                                                        Case No.        5:13−bk−02668−JJT
Anthony Karpavich,
aka TONY KARPOVICH, aka Anthony Karpovich jr,

**Debtor 2**

Social Security No.:
                    xxx−xx−6652              xxx−xx−1823

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  October 16, 2018                    By the Court,

                                            Honorable John J. Thomas
                                            United States Bankruptcy Judge
                                            By: KADavis, Deputy Clerk

**fnldec** (05/18)